**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Vernon AUSTIN, Defendant— Appellant.**

No. 01–10638.

D.C. No. CR–00–00872–RCB.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2002.*

Decided Sept. 26, 2002.

Before KOZINSKI and KLEINFELD, Circuit Judges, and REED,** District Judge.

### MEMORANDUM***

The district court did not abuse its discretion by admitting the prior bad acts evidence under Fed.R.Evid. 404(b). The evidence of past domestic abuse was admitted to show absence of mistake or accident in Mitchell's death and to refute the defense's argument to the contrary. The

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* The Honorable Edward C. Reed, Jr., Senior United States District Judge for the District of Nevada, sitting by designation.

---

judge also gave a proper limiting instruction to the jury.

AFFIRMED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* The Honorable Lloyd D. George, Senior District Judge for Nevada, sitting by designation.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.